

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2018

No. 04-18-00003-CR

Christine **RUSSELL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-0695-CR
Honorable William Old, Judge Presiding

# O R D E R

On December 21, 2017, the appellant filed her notice of appeal. On February 8, 2018, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record and that the appellant has failed to file a designation of record.

We, therefore, ORDER the appellant to provide written proof to this court within fourteen (14) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. We FURTHER ORDER the appellant to provide written proof to this court within fourteen (14) days of the date of this order that she has filed a designation of record with the court reporter, Patricia Wagner.

**If the appellant fails to respond within the time provided, the appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision.** *See* TEX. R. APP. P. 37.3(c).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2018.



KEITH E. HOTTLE,
Clerk of Court